Submitted on remand from the Oregon Supreme Court
March 31, petition for review dismissed May 11, 1981

## 1000 FRIENDS OF OREGON,
### *Petitioner,*
*v.*
## LAND CONSERVATION AND DEVELOPMENT COMMISSION et al,
### *Respondents.*
(CA 18488)

627 P2d 921

Richard P. Benner, Portland, appeared for petitioner.

James M. Brown, Attorney General, and Mary J. Deits, Assistant Attorney General, Salem, appeared for respondent Land Conservation and Development Commission.

Daryl S. Garrettson, Yamhill County Counsel, McMinnville, appeared for respondent Yamhill County.

Before Joseph, Chief Judge, and Thornton and Warden, Judges.

PER CURIAM

### PER CURIAM

This case is before us on remand from the Supreme Court, 291 Or 741, 626 P2d 350 (1981), which reversed our denial of motions to dismiss the petitions for review. Pursuant to that mandate, the petition for review in the captioned cause is dismissed.

Petition for review dismissed.